# Exhibit 8

US00D641824S

## (12) United States Design Patent
Gridelet

(10) Patent No.: **US D641,824 S**
(45) Date of Patent: ** **Jul. 19, 2011**

(54) **ASSAULT RIFLE**

(75) Inventor: **Benoit Marie Gridelet**, Wandre (BE)

(73) Assignee: **FN Herstal SA**, Herstal (BE)

(**) Term: **14 Years**

(21) Appl. No.: **29/363,427**

(22) Filed: **Jun. 9, 2010**

(30) **Foreign Application Priority Data**

Mar. 24, 2010   (EM) .......................... 001686296-0001

(51) **LOC (9) Cl.** ................................. **22-01**
(52) **U.S. Cl.** .................................... **D22/103**
(58) **Field of Classification Search** ................ D22/100, D22/101, 103, 104, 108, 199; D21/572, D21/573; 42/51, 71.01, 75.01, 75.02, 90, 42/94, 134, 136, 139, 125, 72, 111; 124/67, 124/66, 72, 74; 362/110; 89/40.06, 41.19, 89/37.04, 33.04, 191.01, 200–204
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,797,873 B2 * | 9/2010 | Gering et al. .................... | 42/105 |
| 2008/0236017 A1 * | 10/2008 | Fitzpatrick et al. ............... | 42/73 |
| 2010/0186582 A1 * | 7/2010 | Juarez ........................ | 89/191.01 |
| 2011/0017788 A1 * | 1/2011 | Haley et al. .................... | 224/150 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Michael Pratt
(74) *Attorney, Agent, or Firm* — Ladas & Parry LLP

(57) **CLAIM**

The ornamental design for an assault rifle, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view from above to the right side and toward the front end of the assault rifle which is the subject of my new design;
FIG. **2** is a perspective view from above, to the left side and toward the front end thereof;
FIG. **3** is a perspective view from above, to the right side and toward the rear end thereof;
FIG. **4** is a perspective view from above, to the left side and toward the rear end thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a left side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a front elevational view thereof; and,
FIG. **10** is a rear elevational view thereof.

**1 Claim, 10 Drawing Sheets**





Fig. 1

**U.S. Patent**    Jul. 19, 2011    Sheet 2 of 10    **US D641,824 S**



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

U.S. Patent    Jul. 19, 2011    Sheet 7 of 10    US D641,824 S



Fig. 7



Fig. 8

**U.S. Patent**  Jul. 19, 2011  Sheet 9 of 10  **US D641,824 S**



Fig. 9



Fig. 10