# Exhibit 9

US00D641825S

(12) **United States Design Patent**     (10) Patent No.:     **US D641,825 S**
Gridelet                                  (45) Date of Patent: ∗∗  **Jul. 19, 2011**

(54) **ASSAULT RIFLE**

(75) Inventor:    **Benoit Marie Gridelet**, Wandre (BE)

(73) Assignee:    **FN Herstal SA**, Herstal (BE)

(∗∗) Term:       **14 Years**

(21) Appl. No.:  **29/363,428**

(22) Filed:      **Jun. 9, 2010**

(30)             **Foreign Application Priority Data**

   Mar. 30, 2010   (EM) .................. 001688755-01-07

(51) **LOC (9) Cl.** .................................. **22-01**
(52) **U.S. Cl.** .................................. **D22/103**
(58) **Field of Classification Search** ............... D22/100,
        D22/101, 103, 104, 108, 199; D21/572,
        D21/573; 42/51, 71.01, 75.01, 75.02, 90,
        42/94, 134, 136, 139, 125, 72, 111; 124/67,
        124/66, 72, 74; 362/110; 89/40.06, 41.19,
        89/37.04, 33.04, 191.01, 200–204
   See application file for complete search history.

(56)             **References Cited**

                 U.S. PATENT DOCUMENTS

   7,797,873  B2 *  9/2010  Gering et al. ............. 42/105
   2008/0236017 A1 * 10/2008  Fitzpatrick et al. ........ 42/73
   2010/0186582 A1 *  7/2010  Juarez ................. 89/191.01
   2011/0017788 A1 *  1/2011  Haley et al. ............. 224/150
   * cited by examiner

   Primary Examiner — T. Chase Nelson
   Assistant Examiner — Michael Pratt
   (74) Attorney, Agent, or Firm — Ladas & Parry LLP

(57)             **CLAIM**
The ornamental design for an assault rifle, as shown and described.

                 DESCRIPTION

FIG. **1** is a perspective view from above to the right side and toward the front end of the assault rifle which is the subject of my new design;
FIG. **2** is a perspective view from above, to the left side and toward the front end thereof;
FIG. **3** is a perspective view from above, to the right side and toward the rear end thereof;
FIG. **4** is a perspective view from above, to the left side and toward the rear end thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a left side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a front elevational view thereof; and,
FIG. **10** is a rear elevational view thereof.

**1 Claim, 10 Drawing Sheets**



**U.S. Patent**  Jul. 19, 2011  Sheet 1 of 10  **US D641,825 S**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10