**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| FN HERSTAL, S.A., and FN AMERICA, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> P.W. ARMS, INC. d/b/a PANZER ARMS USA, <br><br> Defendant. | Civil Action No.: 3:24-7589-JFA <br><br><br> **FN HERSTAL, S.A., AND FN AMERICA LLC's RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiffs FN Herstal, S.A., and FN America, LLC (collectively "Plaintiffs" or "FN"), by and through its undersigned counsel, responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    FN is not currently aware of any persons or entities which may have a subrogation interest in any claim in this lawsuit.**

B.    As to each claim, state whether it should be tried to a jury or non-jury and why.

**ANSWER:    FN's Complaint includes claims based for (1) trademark infringement, (2) unfair competition, (3) patent infringement, (4) South Carolina Unfair Trade Practices Act, and (5) South Carolina Common Law Trademark Infringement. Due to the factual issues arising out of each of these claims, FN seeks a jury trial on all claims.**

C.    State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation

1

owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.[1]

**ANSWER:     These responses are submitted jointly by Plaintiffs FN Herstal, S.A., and FN America, LLC. Both parties are not privately held. Neither party has a parent corporation owning ten percent (10%) or more of the party, neither party is a parent corporation to any other party, and neither party owns ten percent (10%) or more of a publicly owned company.**

D.     State the basis for asserting the claims in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     FNA is based in Columbia, SC in this division. FN believes this division is proper because its causes of action specifically arise from Defendants conduct in and the harm from such actions to FNA in this division. Defendants also transact business in this division that is the subject of such claims.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**ANSWER:     FN is not currently aware of related actions filed in this District.**

---

[1] Pursuant to Local Civ. Rule 26.01 (D.S.C.), compliance with this rule satisfies the requirements of Fed. R. Civ. P. 7.1.

F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     This Defendant is properly identified.**

G.      If you contend that some other person or legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:     Plaintiffs are not currently aware of any other person or legal entity who is, in whole or in part, liable to Defendant or to Plaintiffs based on the allegations set forth in Plaintiffs' Complaint.**

H.      In an action which is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizen of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:     Plaintiff FN Herstal, S.A., is a corporation organized and existing under the laws of Belgium, with a principal place of business in Herstal, Belgium. Plaintiff FN America, LLC, is a limited liability corporation organized under the laws of Delaware with a principal place of business in Columbia, South Carolina and McLean, Virginia. Defendant P.W. Arms, Inc. is a corporation organized in the State of Washington with a principle place of business in Southport, Connecticut. Panzer Arms is the d/b/a/ of P.W. Arms.**

*[Signature block on the following page.]*

Respectfully submitted,

**WILLIAMS MULLEN**

By: *s/ Richard H. Willis*
Richard H. Willis
Federal Bar No.: 4700
rwillis@williamsmullen.com
1230 Main Street, Suite 330
Columbia, SC 29201
T: 803-567-4602

*Counsel for Plaintiffs*

December 23, 2024

Columbia, SC

4